FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 9 [illegible] ★

BROOKLYN OFFICE

MEMORANDUM
TO THE HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE

RE: OLIVER, Paul
DOCKET NO.: CR-00-564-02
**Request for Early Termination From Supervised Release**

Reference is made to the above-named releasee who was sentenced before Your Honor on January 5, 2001 to 37 months custody, followed by a five year term of supervised release and a $10,000 fine. As special conditions of supervision, Your Honor ordered the releasee to make full financial disclosure and receive substance abuse treatment as directed by the U.S. Probation Department. The releasee's sentence followed his conviction for Conspiracy to Distribute and Possession With Intent to Distribute Cocaine. The releasee commenced his term of supervised release on December 21, 2002 and reported to the Southern District of Florida based upon his residence. He is currently scheduled to expire from supervised release on December 20, 2007.

The purpose of this memorandum is to advise Your Honor that a request has been received from the Southern District of Florida, wherein they have requested an early termination from supervision. The supervising probation officer indicated the releasee has paid his fine in full, has been compliant with all of his conditions of supervision and has been supervised in their low-activity compliant caseload. It was explained the releasee is employed by United parcel Service and was recently promoted to supervisor.

Pursuant to 18 USC 3583(e)(1), the Court may terminate a term of supervised release previously ordered and discharge the defendant at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice.

It appears that the releasee has derived the maximum benefit from supervision and does not pose a risk to the community. Based on the foregoing, we are recommending the Court grant early termination. However we await Your Honor's decision in this matter.

Respectfully submitted:

Tony Garoppolo
Chief U.S. Probation Officer

Prepared by: _____
             Lawrence F. Goldman
             Sr. U.S. Probation Officer

Approved by: _____
             Anthony Castellano
             Supervising U.S. Probation Officer

Date: July 31, 2006


**The Court Directs the Following:**

**Request for Early Termination Granted:**

s/John Gleeson                    8-4-06
_____
John Gleeson                    Date
U.S. District Judge


**Request for Early Termination Denied:**

_____
John Gleeson                    Date
U.S. District Judge